IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

FILED

NOV 30 2004

CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CR. NO. **2:04CR234-A** |
| ) | [18 USC 922(g)(1)] |
| TIMOTHY WRIGHT ) | |
| ) | INDICTMENT |

The Grand Jury charges:

## COUNT 1

On or about the 2nd day of February, 2004, in Montgomery, Alabama, in the Middle District of Alabama, the defendant,

TIMOTHY WRIGHT,

defendant herein, having been previously convicted in a court, of a crime punishable by imprisonment for a term in excess of one year, to-wit: Theft of Property I, in the Circuit Court of Montgomery County, Alabama (CC-00-452TSM), Receiving Stolen Property II, in the Circuit Court of Montgomery County, Alabama (CC-00-610TSM), Breaking and Entering of a Vehicle, in the Circuit Court of Montgomery County, Alabama (CC-98-2208WRG), knowingly and willfully possessed a firearm, in and affecting commerce, that is a Taurus, model Millennium, .40 caliber, pistol, serial # 69794, and ammunition, in violation of Title 18, United States Code, Section 922(g)(1).

A TRUE BILL:

_____
Foreperson

_____
LEURA GARRETT CANARY
UNITED STATES ATTORNEY

_____
Susan R. Redmond
Assistant United States Attorney